# EXHIBIT B

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *In re*<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>Debtors. | : : : : : : : : : : : | Chapter 11<br><br>Case No. 22-11068 (JTD)<br>(Jointly Administered)<br><br>Re: D.I. 1643, 1846 |

## STATEMENT OF ISSUES TO BE PRESENTED ON APPEAL

Appellant Andrew R. Vara, the United States Trustee for Region 3 (the "U.S. Trustee"), pursuant to Fed. R. Bankr. P. 8009(a)(1), submits this statement of the issues to be presented on appeal with respect to this Court's June 15, 2023 *Order Authorizing the Movants to Redact or Withhold Certain Confidential Information of Customers and Personal Information of Individuals* [D.I. 1643]:

**District Court Case No.**

1:23-cv-00737 (CFC)
BAP 23-36

**Appellant**

Andrew R. Vara, solely in his capacity as
United States Trustee for Region 3

**Appellees**

FTX Trading Ltd., *et al.*

Official Committee of Unsecured Creditors

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063, respectively. Due to the large number of debtor entities in these chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

1

The following issues will be presented on appeal:

(1) Did the bankruptcy court err in authorizing under 11 U.S.C. § 107(b) the redaction of the names of all customers of the debtors from all court filings in which disclosure would indicate the status of such person or entity as a customer?

(2) Did the bankruptcy court err in authorizing under 11 U.S.C. § 107(c)(1) the redaction of the names of all customers who are natural persons from all court filings in which disclosure would indicate the status of such person as a customer?

| | |
|---|---|
| Dated: July 20, 2023<br>Wilmington, Delaware | Respectfully submitted,<br><br>**ANDREW R. VARA**<br>**UNITED STATES TRUSTEE,**<br>**REGIONS 3 and 9**<br><br>By: */s/ Juliet Sarkessian*<br>Juliet Sarkessian<br>Trial Attorney<br>Benjamin A. Hackman<br>Trial Attorney<br>Department of Justice<br>Office of the United States Trustee<br>J. Caleb Boggs Federal Building<br>844 King Street, Suite 2207, Lockbox 35<br>Wilmington, DE 19801<br>(302) 573-6491 (Phone)<br>(302) 573-6497 (Fax)<br>juliet.m.sarkessian@usdoj.gov<br>benjamin.a.hackman@usdoj.gov<br><br>-and-<br><br>David Gerardi<br>Trial Attorney<br>Robert J. Schneider, Jr.<br>Trial Attorney<br>Department of Justice<br>Office of the United States Trustee<br>One Newark Center<br>1085 Raymond Boulevard, Suite 2100<br>Newark, NJ 07102<br>(973) 645-3014 (Phone)<br>(973) 645-5993 (Fax)<br>david.gerardi@usdoj.gov<br>robert.j.schneider@usdoj.gov |

# CERTIFICATE OF SERVICE

I, Juliet Sarkessian, hereby certify that on July 20, 2023, I served a copy of the foregoing document through the CM/ECF notification system on the participants in the case that are registered CM/ECF users, with courtesy copies upon the following counsel via e-mail:

Adam G. Landis
Kimberly A. Brown
Matthew R. Pierce
LANDIS RATH & COBB LLP
919 Market Street, Suite 1800
Wilmington, Delaware 19801
E-mail: landis@lrclaw.com
brown@lrclaw.com
pierce@lrclaw.com

Andrew G. Dietderich
James L. Bromley
Brian D. Glueckstein
Alexa J. Kranzley
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004
E-mail: dietdericha@sullcrom.com
bromleyj@sullcrom.com
gluecksteinb@sullcrom.com
kranzleya@sullcrom.com

Kristopher M. Hansen, Esq.
Kenneth Pasquale, Esq.
Gabriel E. Sasson, Esq.
Isaac S. Sasson
Caroline Diaz
PAUL HASTINGS LLP
200 Park Avenue
New York, NY 10166
Email: krishansen@paulhastings.com
kenpasquale@paulhastings.com
gabesasson@paulhastings.com
isaacsasson@paulhastings.com
carolinediaz@paulhastings.com

Matthew B. Lunn, Esq.
Robert F. Poppiti, Jr., Esq.
YOUNG CONAWAY STARGATT & TAYLOR, LLP
1000 North King Street
Wilmington, DE 19801
Email: mlunn@ycst.com
rpoppiti@ycst.com

David L. Finger, Esquire
FINGER & SLANINA, LLC
One Commerce Center
1201 N. Orange Street, 7th Floor
Wilmington, DE 19801
Email: dfinger@delawgroup.com

Katie Townsend, Esquire
THE REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS
1156 15th Street, NW, Suite 1020
Washington, DC 20005
Email: ktownsend@rcfp.org

3

| | |
|---|---|
| David A. Wender, Esquire<br>EVERSHEDS SUTHERLAND (US), LLP<br>999 Peachtree Street, NE, Suite 2300<br>Atlanta, GA 30309<br>Email: davidwender@eversheds-sutherland.com | Michael A. Ingrassia, Esquire,<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>1201 North Market Street, Suite 1600<br>Wilmington, DE 19801<br>Email: mingrassia@morrisnichols.com |
| Dated: July 20, 2023<br>  Wilmington, Delaware | By: /s/ *Juliet Sarkessian*<br>Juliet Sarkessian<br>Trial Attorney<br>United States Department of Justice<br>Office of the United States Trustee<br>J. Caleb Boggs Federal Building<br>844 N. King Street, Room 2207, Lockbox 35<br>Wilmington, DE 19801<br>(302) 573-6491<br>juliet.m.sarkessian@usdoj.gov |

4