**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |
| ANDREW R. VARA, UNITED STATES TRUSTEE FOR REGION 3, | U.S. District Court |
| Appellant, | Case No. 1:23-cv-00737 (CFC) |
| v. | |
| FTX TRADING LTD., *et al.*, | |
| Appellees. | |

**APPELLEES DEBTORS' AND OFFICIAL COMMITTEE OF
UNSECURED CREDITORS' COUNTER-DESIGNATION OF
ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL**

Appellees, FTX Trading Ltd. and its affiliated debtors and debtors-in-possession

and the Official Committee of Unsecured Creditors appointed in the above-captioned cases (the

"Chapter 11 Cases"), by and through their undersigned counsel, respectfully submit, pursuant to

Rule 8009 of the Federal Rules of Bankruptcy Procedure and Rule 8009-1 of the Local Rules of

Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of

Delaware, this counter-designation of items to be included in the record on appeal (the "Counter-

Designation") with respect to the appeal by Appellant Andrew R. Vara, the United States Trustee

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively.  Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

for Region 3, from the *Order Authorizing the Movants to Redact or Withhold Certain Confidential Information of Customers and Personal Information of Individuals* [Bankr. Docket No. 1643] (the "Redaction Order") before the United States District Court for the District of Delaware (the "Appeal").  The Counter-Designation has been filed in Bankr. No. 22-11068-JTD at Docket No. 2117.  Pursuant to the Court's standing order dated November 9, 2015, titled *Designations of Records in Bankruptcy Appeals*, Appellees hereby file this Counter-Designation with the District Court.

## COUNTER-DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL

1.    Appellees counter-designate the following items to be included in the record on Appeal:

| No. | Docket No. | Date | Description |
|-----|-----------|------|-------------|
| 1. | 1276 | 04/12/2023 | Order Extending the Exclusive Periods During Which Only the Debtors May File a Chapter 11 Plan and Solicit Acceptances Thereof |
| 2. | 1284 | 04/13/2023 | Transcript of Hearing Held on April 12, 2023 |

## RESERVATION OF RIGHTS

Appellees expressly reserve the right to supplement the record on Appeal and to adopt the designation of any items designated or counter-designated by any other appellant, cross-appellant, appellee, or cross-appellee to the Appeal from the Redaction Order.

Dated: August 3, 2023
      Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*/s/ Matthew R. Pierce*
Adam G. Landis (No. 3407)
Kimberly A. Brown (No. 5138)
Matthew R. Pierce (No. 5946)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
E-mail: landis@lrclaw.com
       brown@lrclaw.com
       pierce@lrclaw.com

-and-

**SULLIVAN & CROMWELL LLP**

Andrew G. Dietderich (admitted *pro hac vice*)
James L. Bromley (admitted *pro hac vice*)
Brian D. Glueckstein (admitted *pro hac vice*)
Alexa J. Kranzley (admitted *pro hac vice*)
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
E-mail: dietdericha@sullcrom.com
       bromleyj@sullcrom.com
       gluecksteinb@sullcrom.com
       kranzleya@sullcrom.com

*Counsel for the Debtors and Debtors-in-Possession*

Dated: August 3, 2023
      Wilmington, Delaware

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

*/s/ Robert F. Poppiti, Jr.*
Matthew B. Lunn (No. 4119)
Robert F. Poppiti, Jr. (No. 5052)
1000 North King Street
Wilmington, DE 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
Email: mlunn@ycst.com
       rpoppiti@ycst.com

-and-

**PAUL HASTINGS LLP**
Kristopher M. Hansen*
Kenneth Pasquale*
Isaac S. Sasson*
John F. Iaffaldano*
200 Park Avenue
New York, NY 10166
Telephone:  (212) 318-6000
Facsimile:  (212) 319-4090
Email: krishansen@paulhastings.com
      kenpasquale@paulhastings.com
      isaacsasson@paulhastings.com
      jackiaffaldano@paulhastings.com

 * *Admitted pro hac vice*

*Counsel to the Official Committee of Unsecured Creditors*