No. 1:23-cv-00737
_____

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
_____

In re FTX TRADING LTD., *et al.*, Debtors.
_____

ANDREW R. VARA, UNITED STATES TRUSTEE, Appellant,

v.

FTX TRADING LTD. *et al.*, Appellees.
_____

ON APPEAL FROM THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE
_____

**MOTION TO DISMISS APPEAL BY
APPELLANT ANDREW R. VARA, UNITED STATES TRUSTEE**
_____

RAMONA D. ELLIOTT
Deputy Director/General Counsel
P. MATTHEW SUTKO
Associate General Counsel
SUMI K. SAKATA
Trial Attorney

Department of Justice
Executive Office for
 United States Trustees
441 G Street, NW, Suite 6150
Washington, DC 20530
Tel.:  (202) 307-1399
Fac.:  (202) 307-2397
sumi.sakata@usdoj.gov

ANDREW R. VARA
United States Trustee
 for Regions 3 & 9
JOSEPH J. MCMAHON, JR.
Assistant United States Trustee
BENAJMIN A. HACKMAN
JULIET M. SARKESSIAN
Trial Attorneys

Department of Justice
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207,
 Lockbox 35
Wilmington, DE 19801
Tel.:  (302) 573-6491
Fac.:  (302) 573-6497
benjamin.a.hackman@usdoj.gov
juliet.m.sarkessian@usdoj.gov

The appellant, Andrew R. Vara, United States Trustee for Regions 3 and 9, filed a notice of appeal in the bankruptcy court on July 6, 2023. The appeal was docketed in this Court on July 7, 2023.

Andrew R. Vara, United States Trustee, hereby moves this Court under Rule 8023 of the Rules of Bankruptcy Procedure to dismiss this appeal. Counsel for appellees FTX Trading Ltd. and the Official Committee of Unsecured Creditors have been contacted about whether they would consent to the United States Trustee's voluntary dismissal of this appeal but have not yet responded as of the filing of this motion.

Respectfully submitted,

ANDREW R. VARA
United States Trustee for Regions 3 & 9

August 18, 2023

By /s/ Sumi Sakata
    SUMI SAKATA
    Trial Attorney

| | |
|---|---|
| RAMONA D. ELLIOTT | ANDREW R. VARA |
| Deputy Director/General Counsel | United States Trustee |
| P. MATTHEW SUTKO | for Regions 3 & 9 |
| Associate General Counsel | JOSEPH J. MCMAHON, JR. |
| SUMI K. SAKATA | Assistant United States Trustee |
| Trial Attorney | BENAJMIN A. HACKMAN |
| | JULIET M. SARKESSIAN |
| Department of Justice | Trial Attorneys |
| Executive Office for | |
|  United States Trustees | Department of Justice |
| 441 G Street, NW, Suite 6150 | Office of the United States Trustee |
| Washington, DC 20530 | J. Caleb Boggs Federal Building |

1

| | |
|---|---|
| Tel.:  (202) 307-1399<br>Fac.:  (202) 307-2397<br>sumi.sakata@usdoj.gov | 844 King Street, Suite 2207,<br> Lockbox 35<br>Wilmington, DE 19801<br>Tel.:  (302) 573-6491<br>Fac.:  (302) 573-6497<br>benjamin.a.hackman@usdoj.gov<br>juliet.m.sarkessian@usdoj.gov |

## CERTIFICATE OF COMPLIANCE

The foregoing complies with Federal Rule of Bankruptcy Procedure 8013(f) and this Court's Standing Order Regarding Briefing in All Cases because it contains 103 words and was prepared in 14-point Times New Roman font.

By <u>/s/ Sumi Sakata</u>
SUMI SAKATA
Trial Attorney